JOHN HARRIS PAER, ESQ.    #1551
41 B Kepola Place
Honolulu, Hawaii 96817
Telephone: (808) 595-7179
Facsimile: (808) 595-7179
Email: paerj001@hawaii.rr.com

BRUCE F. SHERMAN, ESQ.    #5996-0
1050 Bishop Street, No. 509
Honolulu, Hawaii 96813
Telephone (808) 221-0901
Email: bfs@bfshermanlaw.com

MARK T. SHKLOV, ESQ.    #1850
1001 Bishop Street, Suite 790
Honolulu, Hawaii 96813
Telephone: (808) 585-8858
Facsimile: (808) 599-4198
Email: mark@shklovlaw.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEEJOON CHUNG,<br><br>    Plaintiff,<br><br>    vs.<br><br>U. S. BANK, N.A., Trustee, under Securitization Servicing Agreement dated as of December 1, 2005, Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-11; and OCWEN LOAN SERVICING, LLC.,<br><br>    Defendants. | CIVIL NO. 16-00017 ACK-RLP<br><br>PLAINTIFF'S CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT; DECLARATION OF HEEJOON CHUNG; DECLARATION OF JOHN HARRIS PAER; EXHIBITS "A"-"S"; CERTIFICATE OF SERVICE |

# PLAINTIFF'S CONCISE STATEMENT OF FACTS IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, Plaintiff above-named, by and through his undersigned attorneys, hereby submits his separate concise statement of material facts in support of Plaintiff's Motion for Partial Summary Judgment.

| FACTS | EVIDENTIARY SUPPORT |
| --- | --- |
| 1. PLAINTIFF IS A CONSUMER AND WAS ACTIVE MILITARY AT ALL RELEVANT TIMES HEREIN. | CHUNG DECLARATION, ¶¶2, 5 AND 6; PAER DECLARATION, EXHIBIT "F" (EXHIBIT "15 TO EXHIBIT "E"). |
| 2. PLAINTIFF FINANCED THE PURCHASE OF HIS HOME IN OCTOBER OF 2005. | CHUNG DECLARATION, ¶7. |
| 3. PLAINTIFF SOUGHT BUT NEVER RECEIVED COPIES OF THE CLOSING DOCUMENTS. | CHUNG DECLARATION, ¶¶9, 11-15; PAER DECLARATION ¶¶11-16. |
| 4. THE ORIGINAL SERVICER DECLARED THE LOAN IN DEFAULT AS OF MARCH 2, 2009, AND OCWEN BEGAN SERVICING THE LOAN IN SEPTEMBER OF 2010. | EXHIBITS "C" AND "G"; PAER DECLARATION, ¶20, EXHIBITS "C" AND "P". |
| 5. US BANK CLAIMS IT WAS ASSIGNED THE LOAN ON MARCH 10, 2010 | EXHIBIT "D". |
| 6. DEFENDANTS CONDUCTED A NON-JUDICIAL FORECLOSURE OF PLAINTIFF'S PROPERTY | PAER DECLARATION, ¶5; EXHIBIT "E". |
| 7. US BANK STATED, UNDER OATH, THAT THE PROPERTY WAS FORECLOSED AND SOLD TO US BANK AND THAT THE DEBT SECURED BY THE PROPERTY WAS RELEASED AND SATISFIED IN ITS ENTIRETY. | PAER DECLARATION, ¶¶5-6; EXHIBIT "E", ¶¶5J AND 9. |

| | |
|---|---|
| 8. US BANK FALSELY STATED THAT DEFENDANT WAS NOT IN THE MILITARY, THOUGH IT KNEW OTHERWISE. | PAER DECLARATION, ¶¶7-8; EXHIBIT "E", ¶8 AND EXHIBIT "15" (TO EX. "E"). |
| 9. DEFENDANTS NEVER RECORDED THE CONVEYANCE, THE MORTGAGEE'S QUITCLAIM DEED, AS IT SAID IT WOULD. | PAER DECLARATION, ¶9, EXHIBIT "E", ¶7A; DEFENDANTS' PROPOSED COUNTERCLAIM ¶13. |
| 10. DEFENDANTS WERE AWARE OF THE FAILURE AND INABILITY TO RECORD THE MORTGAGEE'S QUITCLAIM DEED. | PAER DECLARATION, ¶21, EXHIBIT "R" |
| 11. DEFENDANTS ASSERTED THAT THEY DID NOT LEARN OF THE FAILURE TO RECORD THE MORTGAGEE'S QUITCLAIM DEED UNTIL AFTER THE FILING OF THIS ACTION | ORDER OF NOVEMBER 1, 2016 IN THIS ACTION, PAGE 11. |
| 12. PLAINTIFF DID NOT RECEIVE NOTICE OF THE NON-JUDICIAL FORECLOSURE UNTIL THE SUMMER OF 2015. | CHUNG DECLARATION, ¶¶18-19, 23. |
| 13. OCWEN REGISTERED TO DO BUSINESS IN THE STATE OF HAWAII, IN PART, AS A DEBT COLLECTOR AND IS DOING BUSINESS IN HAWAII. | PAER DECLARATION ¶¶17 AND 20; EXHIBITS "N" AND "Q". |
| 14. US BANK IS DOING BUSINESS IN HAWAII. | PAER DECLARATION ¶18; EXHIBITS "O" AND "Q" |
| 15. DEFENDANTS HAVE DENIED DOING BUSINESS IN HAWAII. | DEFENDANTS' FIRST AMENDED ANSWER, ¶6; PAER DECLARATION, EXHIBIT "P". |
| 16. WITHIN THE YEAR PRIOR TO FILING THIS ACTION, OCWEN ATTEMPTED TO COLLECT AN ALLEGED DEBT FROM PLAINTIFF AND DEMANDED DIFFERING AMOUNTS ON THE SAME DATE, BOTH OVER $215,000.00. | CHUNG DECLARATION, ¶¶3, 4, 20, 22, 22, 24, 25 AND 26; EXHIBITS "G", "H", "I", "L" AND "M". |
| 17. OCWEN RECEIVED NOTICE THAT PLAINTIFF WAS REPRESENTED BY COUNSEL ON SEPTEMBER 4, 2015. | PAER DECLARATION, ¶¶11 AND 13; EXHIBITS "J" AND "K". |

| | |
|---|---|
| 18. OCWEN CONTACTED PLAINTIFF DIRECTLY BY LETTERS OF SEPTEMBER 10, 2015 AND SEPTEMBER 17, 2015. | CHING DECLARATION, ¶26, EXHIBITS "L" AND "M". |
| 19. OCWEN CHARGED PLAINTIFF FOR FORCED PLACED HAZARD INSURANCE. | CHUNG DECLARATION, ¶25M EXHIBIT "M"; DEFENDANTS' FIRST AMENDED ANSWER, ¶15. |
| 20. OCWEN REPORTED INACCURATE AND DEROGATORY CREDIT INFORMATION REGARDING THIS ALLEGED DEBT TO SEVERAL CREDIT BUREAUS WHICH RESULTED IN LOSS OF INCOME AND FORCED RETIREMENT. | CHUNG DECLARATION, ¶¶28-30; EXHIBITS "R" AND "S". |
| 21. PLAINTIFF SUSTAINED DAMAGE IN EXCESS OF $25.00 IN COSTS OF COPYING, MAILING, AND TRIPS TO THE POST OFFICE TO SEND DOCUMENTS TO HIS COUNSEL IN ORDER TO DETERMINE HIS CLAIMS UNDER HRS CHAPTER 480. | CHUNG DECLARATION, ¶32. |
| 22. PLAINTIFF WAS DAMAGED BY THE LOSS OF THE ABILITY TO EXERCISE DOMINION AND CONTROL OF HIS PROPERTY AND LOSS OF ABILITY TO RENT, REFINANCE AND/OR SELL HIS PROPERTY. | CHUNG DECLARATION, ¶¶31 AND 36. |
| 23. HAD PLAINTIFF BEEN INFORMED OF THE FORECLOSURE PROCEEDINGS, HE WOULD HAVE CONTACTED AN ATTORNEY TO DETERMINE HIS RIGHTS AND OPTIONS. | CHUNG DECLARATION, ¶35. |

DATED: HONOLULU, HAWAII, November 9, 2016.

/s/ MARK T. SHKLOV
JOHN HARRIS PAER
BRUCE F. SHERMAN
MARK T. SHKLOV
ATTORNEYS FOR PLAINTIFF