IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| HEEJOON CHUNG, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> U. S. BANK, N.A., Trustee, under ) <br> Securitization Servicing Agreement ) <br> dated as of December 1, 2005, ) <br> Structured Asset Investment Loan Trust ) <br> Mortgage Pass-Through Certificates, ) <br> Series 2005-11; and OCWEN LOAN ) <br> SERVICING, LLC., ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL NO. 16-00017 ACK-RLP <br><br> DECLARATION OF JOHN HARRIS PAER |

## DECLARATION OF JOHN HARRIS PAER

JOHN HARRIS PAER declares as follows:

1. That I am an attorney for Plaintiff in this action and that I have personal knowledge of the facts stated herein, know them to be true and correct, and make this declaration under penalty of law.

2. In 2010, US Bank conducted a non-judicial foreclosure upon Plaintiff's property as set forth in the Mortgagee's Affidavit of Foreclosure Under Power of Sale ("Mortgagee's Affidavit") recorded in the Land Court on August 3, 2010 as Document No. 3985610, Cert. No. 775,009. A true copy of that Mortgagee's Affidavit of Foreclosure Under Power of Sale is attached hereto as Exhibit "E".

3. The Mortgagee's Affidavit includes an exhibit stating that Home Eq Servicing sent a letter dated April 15, 2009, declaring that Plaintiff was in default on his loan. A true copy of that letter is attached hereto as Exhibit "4" to the Mortgagee's Affidavit (Exhibit "C" to the Complaint).

4. U.S. Bank, N.A. ("US Bank") recorded its Assignment of Mortgage and Note indicating that the loan was assigned to US Bank on March 10, 2010. A true copy of that Assignment of Mortgage and Note is attached hereto as Exhibit "D".

5. US Bank's attorney stated, under oath in the Mortgagee's Affidavit, that the sale was conducted by public auction on July 8, 2010 and he "declared the Property sold to U. S. Bank, N.A., Trustee, under Securitization Servicing Agreement dated as of December 1, 2005, Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-11, and/or its nominee for $423,993.62, which was the highest bid at said sale." Exhibit "E", paragraph 5j.

6. US Bank's attorney stated, under oath in the Mortgagee's Affidavit, "In consideration of the conveyance of the Property, the Mortgagee hereby waives, releases and relinquishes its right to seek or to collect any deficiency or judgment against the borrower(s) and guarantor(s), and confirms that the debt secured by the Property is released and satisfied in its entirety." Exhibit "E" paragraph 9.

7. US Bank's attorney stated in the Mortgagee's Affidavit, "Affiant certifies that none of the borrower(s) or mortgagor(s) is in the military service as evidenced by a true and correct copy of the Department of Defense Manpower Data Center report(s)

dated April 29, 2010 and July 8, 2010, attached hereto as Exhibit "15"." Exhibit "E", paragraph 8.

8. Exhibit "15" of the Mortgagee's Affidavit of Foreclosure Under Power of Sale confirms that Plaintiff was on active duty status from November 3, 1995 and continued to be on active duty status on both April 29, 2010 and on July 8, 2010, with no end date. A true copy of that the Department of Defense Manpower Data Center report for both of those dates is attached hereto as Exhibit "F".

9. US Bank's attorney stated in the Mortgagee's Affidavit:

"In compliance with Hawaii Revised Statutes, Chapter 667, the Mortgagee will do the following:
a. Cause a conveyance of the Property by way of a Mortgagee's Quitclaim Deed to be delivered to said purchaser, or the purchaser's nominee. The closing date of the transaction is the date of recordation of the deed." Exhibit "E", paragraph 7a.

10. Defendants never recorded the Mortgagee's Quitclaim Deed.

11. On August 31, 2015, I sent a Qualified Written Request to both defendants, and was received by Ocwen on September 4, 2015. A true copy of that letter and return receipt, along with Ocwen's Document D000331, is attached hereto as Exhibit "J".

12. US Bank never responded to that letter.

13. On September 16, 2015, Ocwen acknowledged receipt of that letter. A true copy of Ocwen's letter is attached hereto as part of Exhibit "K".

14. Ocwen sent several letters thereafter, each stating that it was in the process of review, and that it would respond to the request upon completion of its review. True copies of those letters are attached collectively as Exhibit "K".

15. Ocwen never responded to the Qualified Written Request; however, on December 9, 2015, Ocwen's counsel partially responded to that request by sending his letter along with the balloon note, the mortgage, the securitization servicing agreement, the mortgage loan schedule, the transaction history and redacted payment history. A true copy of that letter is included in Exhibit "K".

16. There was no other response to Plaintiff's Qualified Written Request.

17. A true copy of Ocwen's Business Registration Statement filed with the Department of Commerce and Consumer Affairs, State of Hawaii is attached hereto as Exhibit "N".

18. True copies of the Complaint in U.S. Bank, N.A. v. Sasaki, et al. Civ. No. 14-1-0441-02, along with the first two pages of the subsequent complaint in U.S. Bank, N.A. v. Sasaki, et al. Civ. No. 16-1-1824-09, are collectively attached hereto as Exhibit "O".

19. A true copy of each Defendant's Responses to Plaintiff's Second Request for Answers to Interrogatories is attached hereto as Exhibit "P".

20. True copies of names of cases and civil numbers, filed by Ocwen and US Bank, obtained from Ho'ohiki, are attached hereto as Exhibit "Q".

21. True copies of Documents Bate Stamped D000751R, D000754 and D000832, part of Ocwen's ledger, produced by Defendants is attached hereto as Exhibit "R".

I declare under penalty of perjury under the laws of the State of Hawaii and the United States that the foregoing is true and correct and that this Declaration is executed at Honolulu, Hawaii, on November 7, 2016.

                                                  */s/ John Harris Paer*
                                                 JOHN HARRIS PAER