


```
L-149    STATE OF HAWAII
         OFFICE OF ASSISTANT REGISTRAR
              RECORDED
         OCT 14, 2005      08:01 AM
              Doc No(s) 3340802
              on Cert(s) 664,422
            Issuance of Cert(s) 775,009

              /s/ CARL T. WATANABE
              ASSISTANT REGISTRAR
                CTax (10): $530.00
20   1/3   Z4
```

I hereby certify that this is
a true copy from the records
of the Bureau of Conveyances.

Acting Registrar of Conveyances
Assistant Registrar, Land Court
State of Hawaii

LAND COURT SYSTEM                         REGULAR SYSTEM

After Recordation, Return by Mail ( )   Pickup (X)   To:

HEEJOON CHUNG
91-743 Ihipehu Street
Ewa Beach, Hawaii 96706

This document contains _____ pages

---

TITLE OF DOCUMENT:    DEED

DATE OF DOCUMENT:     OCT 0 4 2005

TMK NO.:              1-9/1/8/76

GRANTOR:   JERRY LYNN CENQUIGRANA and
           MILA ROJA CENQUIGRANA,
           husband and wife

GRANTEE:   HEEJOON CHUNG,
           unmarried
           95-1027 Ainamakua Drive, No. 116
           Mililani, HI 96789



1

**EXHIBIT "A"**

TENANCY:      as a TENANT IN SEVERALTY, the Grantee's heirs, devisees, personal representatives and assigns.

That in consideration of the sum of TEN DOLLARS ($10.00) and other valuable consideration paid by the Grantee, the receipt of which is hereby acknowledged, the Grantor does hereby grant, bargain, sell, and convey unto the Grantee in fee simple all of that certain parcel of land more particularly described in Exhibit "A", attached hereto and made a part hereof.

And the reversions, remainders, rents, issues and profits thereof and all of the estate, right, title and interest of the Grantor, both at law and in equity, therein and thereto.

TO HAVE AND TO HOLD the same, together with all buildings, improvements, rights, easements, privileges and appurtenances thereon and thereunto belonging or appertaining or held and enjoyed therewith, unto the Grantee according to the tenancy hereafter set forth, forever.

And, in consideration of the premises, the Grantor does hereby covenant with the Grantee that the Grantor is seized of the property herein described in fee simple; that said property is free and clear of and from all liens and encumbrances, except for the lien of real property taxes not yet by law required to be paid, and except as may be specifically set forth herein; that the Grantor has good right to sell and convey said property, as aforesaid; and, that the Grantor will WARRANT AND DEFEND the same unto the Grantee against the lawful claims and demands of all persons, except as aforesaid.

It is mutually agreed that the terms "Grantor" and "Grantee", or any pronoun in place thereof, as and when used herein, shall mean and include the masculine or feminine, the singular or plural number, individuals, trustees, partnerships,

or corporations, and their and each of their respective successors in interest, heirs, personal representatives and assigns, and that if these presents are signed by two or more Grantors or two or more Grantees, all covenants of such parties shall be and for all purposes are deemed to be joint and several.

    EXECUTED on the day and year first above written.

      _____
      JERRY LYNN CENQUIGRANA

      _____
      MILA ROJA CENQUIGRANA
      Grantor.

STATE OF HAWAII            )
                           )  SS.
CITY AND COUNTY OF HONOLULU )

On _____OCT 0 4 2005_____, before me personally appeared JERRY LYNN CENQUIGRANA, to me personally known, who, being by me duly sworn or affirmed, did say that such person executed the foregoing instrument as the free act and deed of such person, and if applicable in the capacity shown, having been duly authorized to execute such instrument in such capacity.

                    _____
                    Notary Public, State of Hawaii
                    Myrna P. Villegas
                    NOTARY PUBLIC, FIRST JUDICIAL CIRCUIT
                    STATE OF HAWAII
                    COMMISSION EXPIRES: March 19, 2009
                    My commission expires:


STATE OF HAWAII            )
                           )  SS.
CITY AND COUNTY OF HONOLULU )

On _____OCT 0 4 2005_____, before me personally appeared MILA ROJA CENQUIGRANA, to me personally known, who, being by me duly sworn or affirmed, did say that such person executed the foregoing instrument as the free act and deed of such person, and if applicable in the capacity shown, having been duly authorized to execute such instrument in such capacity.

                    _____
                    Notary Public, State of Hawaii
                    Myrna P. Villegas
                    NOTARY PUBLIC, FIRST JUDICIAL CIRCUIT
                    STATE OF HAWAII
                    COMMISSION EXPIRES: March 19, 2009
                    My commission expires:

EXHIBIT "A"

Real property in the County of Honolulu, State
of Hawaii, described as follows:

ALL OF THAT CERTAIN PARCEL OF LAND SITUATE AT EWA
DISTRICT OF EWA BEACH, CITY AND COUNTY OF HONOLULU,
STATE OF HAWAII, DESCRIBED AS FOLLOWS:

LOT 1386, AREA 5,116 SQUARE FEET, MORE OR LESS, AS
SHOWN ON MAP 158 FILED WITH LAND COURT APPLICATION NO.
242 OF THE DOWSETT COMPANY, LIMITED.

BEING ALL OF THE PREMISES DESCRIBED IN AND COVERED BY
TRANSFER CERTIFICATE OF TITLE NO. 664,422.
ISSUED TO: JERRY LYNN CENQUIGRANA AND MILA ROJA
CENQUIGRANA, HUSBAND AND WIFE, AS TENANTS BY THE
ENTIRETY

(WARRANTY DEED RECORDED SEPTEMBER 16, 2003 AS LAND
COURT DOCUMENT NO. 2993327 OF OFFICIAL RECORDS)

SUBJECT, HOWEVER, TO THE FOLLOWING:

>1. A Grant of Easement for utility
>purposes, in favor of Hawaiian Electric
>Company, Inc., a Hawaii corporation and GTE
>Hawaiian Telephone Company Incorporated (now
>Hawaiian Telcom, Inc.), recorded as Land
>Court Document No. 328533 of Official
>Records.

TOGETHER WITH all furniture, fixtures, appliances, and
other items listed on any contract of sale between the parties
hereto, which by reference is incorporated herein.

END OF EXHIBIT "A"