You are here: BREG Online Services

Home - BREG
BREG Online Services
  Annual Business Filing
  Search for a Business Entity
  Purchase Documents Online
  Purchase Certificate of Good Standing
  Authenticate a Certificate of Good Standing
  Register a Business
  MyBusiness Alerts NEW
  Entity List Builder
Contact BREG
Technical Support
Feedback
Create an Account


Live Chat Technical Support — OFFLINE

Begins with ▼ [        ]   Search   Cart

# OCWEN LOAN SERVICING, LLC
FOREIGN LIMITED LIABILITY COMPANY (LLC)

GENERAL INFO   ANNUAL FILINGS   MEMBER/MGR   OTHER FILINGS   BUY AVAILABLE DOCS

## General Info

VIEW AND PRINT COMPANY INFO

Purchase a Certificate of Good Standing for this business:

☐ ELECTRONIC . . . . . . . $7.50

☐ PRINTED . . . . . . . $7.50

Add to Cart

| | |
|---|---|
| MASTER NAME | OCWEN LOAN SERVICING, LLC |
| BUSINESS TYPE | Foreign Limited Liability Company (LLC) |
| FILE NUMBER | 20905 C6 |
| STATUS | Active |
| PURPOSE | MORTGAGE SERVICING, MORTGAGE LENDING, AND DEBT COLLECTION. PROVIDER OF SERVICING AND ORIGINATION PROCESSION SOLUTIONS. |
| PLACE INCORPORATED | Delaware UNITED STATES |
| REGISTRATION DATE | Jun 18, 2002 |
| MAILING ADDRESS | 1661 WORTHINGTON ROAD, STE 100<br>WEST PALM BEACH, Florida 33409<br>UNITED STATES |
| PARTNER TERM | AT-WILL |
| MANAGED BY | MANAGER(S) |
| AGENT NAME | CSC SERVICES OF HAWAII, INC. |
| AGENT ADDRESS | 1600 PAUAHI TOWER<br>1003 BISHOP ST<br>HONOLULU, Hawaii 96813<br>UNITED STATES |

