

Print | Help | New Search | Exit

**Name Search Detail**

**Last Name:** U. S. BANK TRUST N.A. AS TRUSTEE FOR LSF8 MASTER
**First Name:** **Middle Name:** **Title:**
**A.K.A.:** PARTICIPATION TRUST
**A.K.A.:** **Name Cnt.:** 02

| Related Case I.D. | Case Title |
|---|---|
| 3CC16-1-000161 | U S BANK TRUST N A VS FRANCISCO CALICA ET AL |

<Previous | Next> **Page Number:** 003 OF 003

Alias List | Name Search List | Related Cases List

**EXHIBIT "Q"**

Print | Help | New Search | Exit

**Name Search Detail**

**Last Name:** U. S. BANK NATIONAL ASSOCIATION, AS TRUSTEE FOR C
**First Name:** **Middle Name:** **Title:**
**A.K.A.:**
**A.K.A.:** **Name Cnt.:** 01

| Related Case I.D. | Case Title |
|---|---|
| 1LD14-1-000243 | U. S. BANK NATIONAL ASSOCIATION, AS TRUSTEE |

<Previous | Next> **Page Number:** 001 OF 003

Alias List | Name Search List | Related Cases List



Print | Help | New Search | Exit

**Name Search Detail**

**Last Name:** U. S. BANK NATIONAL ASSOCIATION
**First Name:** **Middle Name:** **Title:**
**A.K.A.:** AS TRUSTEE FOR STRUCTURED ASSET INVESTMENT LOAN
**A.K.A.:** MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 200 **Name Cnt.:** 03

| Related Case I.D. | Case Title |
|---|---|
| 3CC15-1-000253 | US BANK NATL ASSOC ETC VS MICHAEL A MARCHETTI ETAL |

<Previous | Next> **Page Number:** 002 OF 003

Alias List | Name Search List | Related Cases List



Print | Help | New Search | Exit

**Name Search Detail**

**Last Name:** OCWEN LOAN SERVICING LLC
**First Name:** **Middle Name:** **Title:**
**A.K.A.:**
**A.K.A.:** **Name Cnt.:** 01

| Related Case I.D. | Case Title |
|---|---|
| 1CC16-1-000821 | OCWEN LOAN SRVCING LLC VS LYDIA REYES DOMINGO ETAL |

<Previous | Next> **Page Number:** 019 OF 019

Alias List | Name Search List | Related Cases List



Print | Help | New Search | Exit

**Name Search Detail**

**Last Name:** OCWEN LOAN SERVICING LLC
**First Name:** **Middle Name:** **Title:**
**A.K.A.:**
**A.K.A.:** **Name Cnt.:** 01

| Related Case I.D. | Case Title |
|---|---|
| 1CC16-1-000703 | OCWEN LOAN SERVICING LLC VS RAFAEL T REYES ETAL |

<Previous | Next> **Page Number:** 018 OF 019

Alias List | Name Search List | Related Cases List



Print | Help | New Search | Exit

**Name Search Detail**

**Last Name:** OCWEN LOAN SERVICING LLC
**First Name:** **Middle Name:** **Title:**
**A.K.A.:**
**A.K.A.:** **Name Cnt.:** 01

| Related Case I.D. | Case Title |
|---|---|
| 3CC16-1-000038 | OCWEN LOAN SERVICING LLC VS KIMO C VEINCENT ET AL |

<Previous | Next> **Page Number:** 017 OF 019

Alias List | Name Search List | Related Cases List



Print | Help | New Search | Exit

**Name Search Detail**

**Last Name:** OCWEN LOAN SERVICING LLC
**First Name:** **Middle Name:** **Title:**
**A.K.A.:**
**A.K.A.:** **Name Cnt.:** 01

| Related Case I.D. | Case Title |
|---|---|
| 3CC15-1-000408 | OCWEN LOAN SERVICING LLC VS JOHN J VUCKOVICH ET AL |

<Previous | Next> **Page Number:** 016 OF 019

Alias List | Name Search List | Related Cases List



Print | Help | New Search | Exit

**Name Search Detail**

**Last Name:** OCWEN LOAN SERVICING LLC
**First Name:** **Middle Name:** **Title:**
**A.K.A.:**
**A.K.A.:** **Name Cnt.:** 01

| Related Case I.D. | Case Title |
|---|---|
| 3CC15-1-000285 | OCWEN LOAN SERVICING LLC VS JOHN T BELLAVER ETAL |

<Previous | Next> **Page Number:** 015 OF 019

Alias List | Name Search List | Related Cases List



Print | Help | New Search | Exit

**Name Search Detail**

**Last Name:** OCWEN LOAN SERVICING LLC
**First Name:** **Middle Name:** **Title:**
**A.K.A.:**
**A.K.A.:** **Name Cnt.:** 01

| Related Case I.D. | Case Title |
|---|---|
| 2CC13-1-000064 | ONEWEST BANK FSB VS THOMAS FRITZ HAMPL ET AL |
| 2CC14-1-000002 | OCWEN LOAN SERVICING LLC VS ROBERT OCEGUEDA ET AL |
| 2CC15-1-000271 | OCWEN LOAN SERVICING LLC VS GREGORY BOWYER ETAL |
| 1CC16-1-000253 | COMMNWLTH LAND TITLE INS CO VS OCWEN LOAN SVC ETAL |

<Previous | Next> **Page Number:** 010 OF 019

Alias List | Name Search List | Related Cases List



Print | Help | New Search | Exit

**Name Search Detail**

**Last Name:** OCWEN LOAN SERVICING LLC
**First Name:** **Middle Name:** **Title:**
**A.K.A.:**
**A.K.A.:** **Name Cnt.:** 01

| Related Case I.D. | Case Title |
|---|---|
| 2CC13-1-000109 | OCWEN LOAN SERVICING VS MARIMICHAEL WALKER ET AL |
| 2CC13-1-000324 | ONEWEST BANK FSB VS ABEL PATRICK LEE JR ETAL |
| 2CC15-1-000365 | STEPHEN ORIKASA ET AL VS OCWEN LOAN SERVICING ETAL |
| 2CC15-1-000469 | OCWEN LOAN SERVICING LLC VS NORMAN JOHNSON ET AL |

<Previous | Next> **Page Number:** 014 OF 019

Alias List | Name Search List | Related Cases List



Print | Help | New Search | Exit

**Name Search Detail**

**Last Name:** OCWEN LOAN SERVICING LLC
**First Name:** **Middle Name:** **Title:**
**A.K.A.:**
**A.K.A.:** **Name Cnt.:** 01

| Related Case I.D. | Case Title |
|---|---|
| 2CC13-1-000027 | ONEWEST BANK FSB VS DELFIN B DOMINNO ETAL |
| 2CC13-1-000881 | OCWEN LOAN SERVICING VS HOLDEN L AGCAOILI ETAL |
| 1CC13-1-003336 | OCWEN LOAN SVCING LLC VS CHRISTOPHER R DENNIS ETAL |
| 2CC14-1-000057 | OCWEN LOAN SERVICING VS STANLEY LONZAGA SR ETAL |
| 2CC14-1-000395 | DEUTSCHE BK NTL TR ETC VS MICHAEL GREENSPON ETAL |
| 2CC15-1-000179 | OCWEN LOAN SERVICING LLC VS PEGGY A MCGEE ETAL |
| 2CC15-1-000195 | OCWEN LOAN SERVICING VS KRISTOPHER M SHARROTT ETAL |

<Previous | Next> **Page Number:** 008 OF 019

Alias List | Name Search List | Related Cases List



Print | Help | New Search | Exit

**Name Search Detail**

**Last Name:** OCWEN LOAN SERVICING LLC
**First Name:** **Middle Name:** **Title:**
**A.K.A.:**
**A.K.A.:** **Name Cnt.:** 01

| Related Case I.D. | Case Title |
|---|---|
| 1CC09-1-000099 | OCWEN LOAN SRVICING LLC VS CHRISTOPHE R TRETZ ETAL |
| 2CC11-1-000462 | OCWEN LOAN SERVICING LLC VS KHADIJEH AGHAKHANI ETC |
| 3CC14-1-00102K | OCWEN LOAN SERVICING LLC VS GEOFFREY M MILLS ET AL |

<Previous | Next> **Page Number:** 004 OF 019

Alias List | Name Search List | Related Cases List



Print | Help | New Search | Exit

**Name Search Detail**

**Last Name:** OCWEN LOAN SERVICING LLC
**First Name:** **Middle Name:** **Title:**
**A.K.A.:**
**A.K.A.:** **Name Cnt.:** 01

| Related Case I.D. | Case Title |
|---|---|
| 2CC11-1-000466 | OCWEN LOAN SRVC LLC VS DONALD JAMES ARCHER ETAL |
| 2CC11-1-000917 | OCWEN LOAN SERVICING LLC VS WALLY SCHMOLL ETAL |
| 2CC12-1-000506 | OCWEN LOAN SERVICING LLC VS MAURICIO GUERRERO ETAL |
| 2CC12-1-000505 | OCWEN LOAN SERVICING LLC VS JOSEPH A BANTILAN ETAL |
| 2CC12-1-000995 | OCWEN LOAN SERVICING LLC VS DANIEL TIMMERMANS ETAL |
| 2CC13-1-000068 | OCWEN LOAN SVCING VS LEI A SAKUGAWA SOUZA ET AL |
| 2CC13-1-000176 | OCWEN LOAN SERVICING VS MONICA M CAJUDOY ETAL |

<Previous | Next> **Page Number:** 005 OF 019

Alias List | Name Search List | Related Cases List



Print | Help | New Search | Exit

**Name Search Detail**

**Last Name:** OCWEN LOAN SERVICING LLC
**First Name:** **Middle Name:** **Title:**
**A.K.A.:**
**A.K.A.:** **Name Cnt.:** 01

| Related Case I.D. | Case Title |
|---|---|
| 3CC98-0-000077 | OCWEN FEDERAL BANK FSB VS ALEXA NITA RUSSELL ETAL |
| 1CC08-1-000156 | AOAO WINDWARD EST VS JOSE MARCELO QUINONES ETAL |
| 3CC10-1-000224 | OCWEN LOAN SERVICING LLC VS JILL AMARAL ET AL |
| 1CC11-1-000113 | OCWEN LOAN SERVICING LLC VS CONNIE R BADAYOS ETAL |
| 3CC11-1-00043K | OCWEN LOAN SERVICING ETC VS KLAUSDIETER F HUEBNER |
| 2CC11-1-000465 | OCWEN LOAN SERVICING LLC VS ELAINA M TORRES ETAL |
| 3CC11-1-00301K | OCWEN LOAN SVG LLC VS WILLIAM H WELCH ET AL |

<Previous | Next> **Page Number:** 001 OF 019

Name Search List | Related Cases List



Print | Help | New Search | Exit

**Name Search Detail**

**Last Name:** OCWEN LOAN SERVICING LLC
**First Name:** **Middle Name:** **Title:**
**A.K.A.:**
**A.K.A.:** **Name Cnt.:** 01

| Related Case I.D. | Case Title |
|---|---|
| 1CC08-1-001638 | AO VILLAGE GREEN AT WAIKELE VS C R TRETZ ETAL |
| 1CC11-1-002700 | OCWEN LOAN SERVICING LLC VS KEITH BARRY ETAL |
| 3CC13-1-000316 | OCWEN LOAN SERVICING LLC VS STANLEY M SMITH ET AL |
| 3CC13-1-000294 | OCWEN LOAN SERVICING LLC VS MELODY DOWARD ET AL |
| 1CC13-1-001826 | OCWEN LOAN SVCG LLC VS RICHARD LEE THOMAS ETAL |
| 1CC14-1-000149 | OCWEN LOAN SVCG LLC VS ABDIEL MATEO ANGELES ETAL |
| 3CC14-1-000028 | OCWEN LOAN SERVICING LLC VS JOHN L AH SAN ET AL |

<Previous | Next> **Page Number:** 003 OF 019

Alias List | Name Search List | Related Cases List



Print | Help | New Search | Exit

**Name Search Detail**

**Last Name:** OCWEN LOAN SERVICING LLC
**First Name:** **Middle Name:** **Title:**
**A.K.A.:**
**A.K.A.:** **Name Cnt.:** 01

| Related Case I.D. | Case Title |
|---|---|
| 1CC07-1-002143 | KENNETH MASAICHI MIYAKAWA ETAL VS BANK OF NEW YORK |
| 1CC08-1-000617 | LORENZA L DANGANAN ETAL VS NEW CENTURY MORTG ETAL |
| 2CC09-1-000435 | OCWEN LOAN SRVC LLC VS LEI A SAKUGAWA-SOUZA ETAL |
| 1CC11-1-000182 | FEDERAL NATL MORTG ASSN VS MAXIMIANO S PAGUIO ETAL |
| 2CC11-1-000107 | INDYMAC FEDERAL BANK FSB VS JOSEPH M PANA ETAL |
| 1CC11-1-000851 | OCWEN LOAN SERVICING LLC VS TIMOTHY JOSEPH TICEN |
| 1CC12-1-000637 | OCWEN LOAN SERVICING LLC VS JERRY LEE LYONS ETAL |

<Previous | Next> **Page Number:** 002 OF 019

Alias List | Name Search List | Related Cases List