IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| HEEJOON CHUNG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>U.S. BANK, N.A., TRUSTEE, under Securitization Servicing Agreement dated as of December 1, 2005, Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-11; and OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendants. | Case No. CV 1:16-00017 ACK-RLP<br><br>**DECLARATION OF J. BLAINE ROGERS** |

**DECLARATION OF J. BLAINE ROGERS**

Pursuant to 28 U.S.C. § 1746, I, J. BLAINE ROGERS, declare as follows:

1.　I am an attorney with the law firm of Alston Hunt Floyd & Ing, counsel for Defendants U.S. BANK, N.A., TRUSTEE, under Securitization Servicing Agreement dated as of December 1, 2005, Structured Asset Investment Loan Trust Mortgage Pass-Through Certificates, Series 2005-11 ("U.S. Bank") and OCWEN LOAN SERVICING LLC ("Ocwen") (with U.S. Bank, "Defendants"). I make this Declaration based upon my personal knowledge of the matters set forth herein.

982653v3 // 8408-37

2. On December 27, 2016, Defendants submitted the *Notice of Taking Depositions Upon Written Questions to the Custodian of Records of First American Title Company, Inc.*, under which the deposition was to be held on January 25, 2017. First American Title Company, Inc. has not yet produced the requested documents.

3. On February 7, 2017, Defendants propounded *Defendants' Third Request for Production of Documents to Plaintiff* specifically requesting Plaintiff's military service records, medical records, credit reporting, and other documents related to Plaintiff's alleged damages. Plaintiff has not provided the requested documents as of the date of this filing.

4. Attached hereto as Exhibit 3 is a true and correct copy of the relevant portions of the deposition transcript from the deposition of Plaintiff Heejoon Chung, which was conducted on December 12, 2016.

5. Attached hereto as Exhibit 4 is a certified copy of Certificate of Title Number 775,009 filed with the Assistant Registrar of the Land Court of the State of Hawai`i, which shows that Plaintiff remains the registered owner of the Property.

I declare under penalty of law that the foregoing statements are true and correct.

3

DATED: Honolulu, Hawai`i, February 27, 2017.

      /s/ J. Blaine Rogers
J. BLAINE ROGERS