```
OCWEN                                                    Detail Transaction History                                                           ---Run Page        0
MSX.SHSC                                                                                                                                      ---Run Date/Time---
                                                                                                                                                 11/23/2015  05:08

LOAN#: 7059283470    INVESTOR#:  2886    POOL#: 1      NEXT DUE DT:03/01/2009     INTEREST RATE:  6.00000        PRIN BAL:   415,601.15
BORR1: Heejoon Chung                                                                                              ESC BAL:    33,941.00-
BORR2:
PROP:  91-743 Ihipehu St                                 MAIL: 41 B Kepica Place
       Ewa Beach HI 96706                                      Honolulu HI 96817

---TRANSACTION---                                                                       - AFTER TRANS. BALANCES -               APPLIED
EFFECTIVE   TIME     RV TRN DESCRIPTION           NXT DUE/REF  REVERSED       TOTAL     PRINCIPAL      ESCROW     PRINCIPAL   INTEREST   ESCROW      SUSPENSE      OTHER
                                                                             AMOUNT
07/12/2010 23:59:01    NLD Loan Disbursement       NL NewLoan S           424,672.61-  415,601.15-         .00    415,601.15-    .00        .00         0.00     9,071.46-
07/12/2010 23:59:04    ESA Escrow Balance Adjus    NL NewLoan S             4,087.93-  415,601.15    4,087.93-         .00      .00   4,087.93-         0.00         0.00
09/05/2010 09:53:55    IVT Investor Pool/Pool T 1                         428,760.54   831,202.30    8,175.86-   415,601.15-    .00   4,087.93          0.00     9,071.46-
09/05/2010 09:53:57    IVT Investor Pool/Pool T 0                         428,760.54   415,601.15    4,087.93-   415,601.15     .00   4,087.93          0.00     9,071.46-
11/01/2010 09:13:22    EID Insurance Escrow Dis 50 Hazard In                  473.71-  415,601.15    4,561.64-         .00      .00     473.71-         0.00         0.00
11/02/2010 16:41:06    EID Insurance Escrow Dis 50 Hazard In                  458.43-  415,601.15    5,020.07-         .00      .00     458.43-         0.00         0.00
11/24/2010 17:10:13    EID Insurance Escrow Dis 50 Hazard In                  473.71-  415,601.15    5,493.78-         .00      .00     473.71-         0.00         0.00
12/23/2010 10:48:40    EID Insurance Escrow Dis 50 Hazard In                  458.43-  415,601.15    5,952.21-         .00      .00     458.43-         0.00         0.00
01/24/2011 14:58:15    FTD Insurance Escrow Dis 50 Hazard In                  473.71-  415,601.15    6,425.92-         .00      .00     473.71-         0.00         0.00
01/25/2011 13:00:11    ETD Tax Escrow Disbursem 31                            793.50-  415,601.15    7,219.42-         .00      .00     793.50-         0.00         0.00
01/28/2011 13:11:52 ** MS  Misc Susp Payment                  09/08/2011      327.60   415,601.15    7,219.42-         .00      .00        .00        327.60         0.00
01/28/2011 13:33:57 ** MSA Miscellaneous Suspen               09/08/2011      327.60-  415,601.15    7,219.42-         .00      .00        .00        327.60-        0.00
01/28/2011 13:36:00 ** EXP Expense Payment                    09/08/2011      327.60   415,601.15    7,219.42-         .00      .00        .00          0.00       327.60
01/28/2011 23:59:01    MS  Misc Susp Payment                                   48.52   415,601.15    7,219.42-         .00      .00        .00         48.52         0.00
02/24/2011 16:13:47    FTD Insurance Escrow Dis 50 Hazard In                  473.71-  415,601.15    7,693.13-         .00      .00     473.71-         0.00         0.00
03/21/2011 12:09:42    EID Insurance Escrow Dis 50 Hazard In                  427.87-  415,601.15    8,121.00-         .00      .00     427.87-         0.00         0.00
04/20/2011 10:35:38    FTD Insurance Escrow Dis 50 Hazard In                  472.43-  415,601.15    8,593.43-         .00      .00     472.43-         0.00         0.00
05/17/2011 13:01:22    IVT Investor Pool/Pool T 1                         436,800.76   831,202.30   17,186.86-   415,601.15-    .00   8,593.43-         0.00    12,606.18-
05/17/2011 13:01:24    IVT Investor Pool/Pool T 0                         436,800.76   415,601.15    8,593.43-   415,601.15     .00   8,593.43          0.00    12,606.18
05/20/2011 16:57:47    EID Insurance Escrow Dis 50 Hazard In                  457.19-  415,601.15    9,050.62-         .00      .00     457.19-         0.00         0.00
07/29/2011 10:15:47    ETD Tax Escrow Disbursem 31                            752.68-  415,601.15    9,803.30-         .00      .00     752.68-         0.00         0.00
09/08/2011 16:28:06 RV EXP Expense Payment                                    327.60-  415,601.15    9,803.30-         .00      .00        .00          0.00       327.60-
09/08/2011 16:28:24 RV MSA Miscellaneous Suspen                               327.60   415,601.15    9,803.30-         .00      .00        .00        327.60         0.00
09/08/2011 16:28:36 RV MS  Misc Susp Payment                                  327.60-  415,601.15    9,803.30-         .00      .00        .00        327.60-        0.00
09/16/2011 16:59:41    EID Insurance Escrow Dis 56 Lender pl               3,491.00-  415,601.15   13,294.30-         .00      .00   3,491.00-         0.00         0.00
12/02/2011 10:01:09    EID Insurance Escrow Dis 56 Lender pl               3,491.00-  415,601.15   16,785.30-         .00      .00   3,491.00-         0.00         0.00
01/24/2012 08:23:51    ETD Tax Escrow Disbursem 31                            752.67-  415,601.15   17,537.97-         .00      .00     752.67-         0.00         0.00
08/01/2012 09:54:48    ETD Tax Escrow Disbursem 31                            733.43-  415,601.15   18,271.40-         .00      .00     733.43-         0.00         0.00
10/17/2012 18:32:56    EID Insurance Escrow Dis 56 Lender pl               3,592.00-  415,601.15   21,863.40-         .00      .00   3,592.00-         0.00         0.00
01/28/2013 15:44:53    ETD Tax Escrow Disbursem 31                            733.42-  415,601.15   22,596.82-         .00      .00     733.42          0.00         0.00
07/25/2013 06:33:29    ETD Tax Escrow Disbursem 31                            761.95-  415,601.15   23,358.77-         .00      .00     761.95-         0.00         0.00
07/25/2013 18:06:36    MS  Misc Susp Payment                                  264.50   415,601.15   23,358.77-         .00      .00        .00        264.50         0.00
09/27/2013 21:28:12    MSA Miscellaneous Suspen                               313.02-  415,601.15   23,358.77-         .00      .00        .00        313.02-        0.00
09/27/2013 21:28:15    EXP Expense Payment                                     40.00   415,601.15   23,358.77-         .00      .00        .00          0.00        40.00
09/27/2013 21:28:18    EXP Expense Payment                                    233.02   415,601.15   23,358.77-         .00      .00        .00          0.00       233.02
09/2/2013 21:28:21     EXP Expense Payment                                 3,593.00-  415,601.15   26,951.77-         .00      .00   3,593.00-         0.00         0.00
10/16/2013 12:56:22    EID Insurance Escrow Dis 56 Lender pl                 761.95-  415,601.15   27,713.72-         .00      .00     761.95-         0.00         0.00
01/21/2014 09:42:45    ETD Tax Escrow Disbursem 31                            848.40-  415,601.15   28,562.12-         .00      .00     848.40-         0.00         0.00
07/25/2014 08:46:03    ETD Tax Escrow Disbursem 31                         3,635.00-  415,601.15   32,197.12-         .00      .00   3,635.00-         0.00         0.00
01/02/2015 16:35:48    EID Insurance Escrow Dis 56 Lender pl                 848.40-  415,601.15   33,045.52-         .00      .00     848.40-         0.00         0.00
01/15/2015 08:31:35    ETD Tax Escrow Disbursem 31                            100.00  415,601.15   33,045.52-         .00      .00        .00          0.00       100.00
01/29/2015 23:59:01    EXW Expense Waive                                       95.48-  415,601.15   33,941.00-         .00      .00     895.48-         0.00        29.40
07/24/2015 09:33:55    ETD Tax Escrow Disbursem 31                             29.40   415,601.15   33,941.00-         .00      .00        .00          0.00        29.40
08/04/2015 21:50:49    EXW Expense Waive
```

Exhibit 2                                                                                         D000748

| Loan Number | Comment Date | Comment Time | User Name | Comment Class | Stdcalias | Comment |
|---|---|---|---|---|---|---|
| 705929347 | 8/24/2010 | 10:03:27 PM | Alverine A.White | SU | MPBSHELL | Loan shell boarded on 08/12/2010 |
| 705929347 | 8/25/2010 | 9:23:34 PM | Alverine A.White | su | PSHEQ | PRIOR SERVICER INFORMATION: HOMEQ SERVICING CORP. P.O. BOX 96012, CHARLOTTE, NC 28296-0012 1-800-74-OCWEN 1-800-74-ocwen |
| 705929347 | 8/26/2010 | 5:56:01 AM | Alverine A.White | SU | LADTE | EXPECTED LOAN ACTIVATION DATE 09/01/2010 |
| 705929347 | 9/3/2010 | 10:35:23 AM | Background Processor | COLL | CRRS | CREDIT BUREAU REPORT REQUEST SENT |
| 705929347 | 9/5/2010 | 9:53:58 AM | Ramesh.V.R | LS | DIREX | Doorknocks Require Cancellation |
| 705929347 | 9/5/2010 | 10:56:22 AM | Ramesh.V.R | fc | | Loan Boarded in REO- FC attorney Firm name & Phone number LEU & OKUDA ATTORNEYS AT LAW 8085381921 |
| 705929347 | 9/6/2010 | 8:08:39 PM | Background Processor | LS | DIREQ | Doorknocks Required |
| 705929347 | 9/6/2010 | 8:08:41 PM | | Autoc | REONOW | Property # 705929347 is in REO as of 09/05/2010. |
| 705929347 | 9/6/2010 | 8:08:43 PM | | Autoc | MGRSEL | Asset Manager furtador has been assigned to Property # 705929347. |
| 705929347 | 9/7/2010 | 8:35:03 PM | Basavaraj Patil | LS | DIREXS | Doorknocks Cancellation Sent |
| 705929347 | 9/8/2010 | 5:35:12 AM | | Autoc | | Broker selection overridden: Property: 705929347; Reason: PREF. |
| 705929347 | 9/8/2010 | 5:35:12 AM | | Autoc | BRKSEL | Broker selection complete.Broker Asgn :1003111548 |
| 705929347 | 9/17/2010 | 12:39:28 AM | Background Processor | SU | PRIVI | Initial Privacy Statement Mailed |
| 705929347 | 9/17/2010 | 2:37:15 PM | | autoc | IAPAO | IAP - Automated 1004 Valuation Order |
| 705929347 | 9/21/2010 | 10:46:11 PM | Sands, Nathan | SU | MPSNH | Modified by Prior Servicer - NON-RAMP |
| 705929347 | 9/27/2010 | 7:31:45 PM | Background Processor | FORM | | PRIVGEN Requested 09/17/2010 Printed 09/27/2010 |
| 705929347 | 10/7/2010 | 10:21:47 PM | Clifford Dixon | CL | BRIA | Illegible, Insufficient Address, No Such Street/Number and Returned for Better Address NONE |
| 705929347 | 12/28/2010 | 8:01:38 PM | Jamie Ciavarro | ES | AGINMC | MORTGAGEE CLAUSE LETTER SENT |
| 705929347 | 1/4/2011 | 12:08:26 AM | Background Processor | FB | FB51 | Interior Repairs (Reo) fee assessed. Amount: 139.54 |
| 705929347 | 1/4/2011 | 12:08:27 AM | Background Processor | FB | FB55 | Monthly Utilities (Reo) fee assessed. Amount: 24.26 |
| 705929347 | 1/6/2011 | 11:46:02 PM | Background Processor | FB | FB55 | Monthly Utilities (Reo) fee assessed. Amount: 145.44 |
| 705929347 | 1/6/2011 | 11:46:02 PM | Background Processor | FB | FB36 | Property Valuation Fee - BPO fee assessed. Amount: 570.00 |
| 705929347 | 1/6/2011 | 11:46:03 PM | Background Processor | FB | FB51 | Interior Repairs (Reo) fee assessed. Amount: 139.54 |
| 705929347 | 1/6/2011 | 11:46:03 PM | Background Processor | FB | FB55 | Monthly Utilities (Reo) fee assessed. Amount: 142.62 |
| 705929347 | 1/6/2011 | 11:46:04 PM | Background Processor | FB | FB55 | Monthly Utilities (Reo) fee assessed. Amount: 24.26 |
| 705929347 | 1/6/2011 | 11:46:04 PM | Background Processor | FB | FB55 | Monthly Utilities (Reo) fee assessed. Amount: 12.78 |
| 705929347 | 1/6/2011 | 11:46:05 PM | Background Processor | FB | FB55 | Monthly Utilities (Reo) fee assessed. Amount: 40.39 |
| 705929347 | 1/6/2011 | 11:46:05 PM | Background Processor | FB | FB55 | Monthly Utilities (Reo) fee assessed. Amount: 31.50 |

| Loan | Date | Time | User | Type | Code | Description |
|---|---|---|---|---|---|---|
| 705929347 | 1/11/2011 | 8:37:40 AM | Mansoor Ahmed | TIME | FCDC | Communication with counsel regarding REDACTED REDACTED |
| 705929347 | 1/18/2011 | 12:47:42 AM | Background Processor | FB | FB51 | Interior Repairs (Reo) fee assessed. Amount: 139.54 |
| 705929347 | 1/18/2011 | 12:47:42 AM | Background Processor | FB | FB55 | Monthly Utilities (Reo) fee assessed. Amount: 24.26 REDACTED |
| 705929347 | 1/20/2011 | 11:16:54 AM | Mansoor Ahmed | TIME | FCDC | Communication with counsel regarding REDACTED |
| 705929347 | 1/24/2011 | 1:41:29 AM | Background Processor | FB | FB55 | Monthly Utilities (Reo) fee assessed. Amount: 24.26 |
| 705929347 | 1/24/2011 | 1:41:33 AM | Background Processor | FB | FB51 | Interior Repairs (Reo) fee assessed. Amount: 139.54 |
| 705929347 | 1/27/2011 | 12:27:39 AM | Background Processor | FB | FB68 | Miscellaneous (Reo) fee assessed. Amount: 1,950.00 |
| 705929347 | 1/28/2011 | 12:58:48 PM | Praveen Vasudevan | PYMT | | Payment received from Outsource for $327.60 Source AU1 - plwip0128 and was forwarded to: Cashier queue, user-id: Cashier |
| 705929347 | 2/15/2011 | 11:07:30 PM | Cliffeon Dixon | CL | RRIA | Illegible, Insufficient Address, No Such Street/Number and Returned for Better Address NONE |
| 705929347 | 2/22/2011 | 3:37:04 PM | Mansoor Ahmed | FC | FCDF | Foreclosure Deed follow up; Emiko Suzki [Emiko@leu-okuda.com] provide me copy of FC DEED for the above loan number |
| 705929347 | 2/25/2011 | 3:23:07 PM | Mansoor Ahmed | FC | FCDF | Foreclosure Deed follow up; Emiko Suzki [Emiko@leu-okuda.com] provide me copy of FC DEED for the above loan number |
| 705929347 | 3/15/2011 | 6:02:36 PM | Mansoor Ahmed | FC | FCDF | Foreclosure Deed follow up; lester@leu-okuda.com provide me copy of FC DEED for the above loan number |
| 705929347 | 3/25/2011 | 11:43:05 PM | Background Processor | FB | FB55 | Monthly Utilities (Reo) fee assessed. Amount: 25.13 |
| 705929347 | 3/25/2011 | 11:43:06 PM | Background Processor | FB | FB55 | Monthly Utilities (Reo) fee assessed. Amount: 23.46 |
| 705929347 | 3/25/2011 | 11:43:06 PM | Background Processor | FB | FB55 | Monthly Utilities (Reo) fee assessed. Amount: 142.62 |
| 705929347 | 3/25/2011 | 11:43:06 PM | Background Processor | FB | FB55 | Monthly Utilities (Reo) fee assessed. Amount: 24.21 |
| 705929347 | 3/25/2011 | 11:43:07 PM | Background Processor | FB | FB55 | Monthly Utilities (Reo) fee assessed. Amount: 23.56 |
| 705929347 | 3/25/2011 | 11:43:07 PM | Background Processor | FB | FB55 | Monthly Utilities (Reo) fee assessed. Amount: 142.62 |
| 705929347 | 4/4/2011 | 9:51:29 AM | Mansoor Ahmed | FC | FCDF | Foreclosure Deed follow up; lester@leu-okuda.com provide me copy of FC DEED for the above loan number |
| 705929347 | 4/7/2011 | 8:32:22 AM | Mansoor Ahmed | TIME | FCDC | REDACTED REDACTED |
| 705929347 | 4/12/2011 | 4:42:17 PM | Mansoor Ahmed | FC | FCDF | Please provide us with further instructions. Katrina Wilson [Katrina@leu-okuda.com] |
| 705929347 | 4/14/2011 | 9:52:37 AM | Mansoor Ahmed | TIME | FCDC | Foreclosure Deed follow up; lester@leu-okuda.com provide me copy of FC DEED for the above loan number REDACTED Communication with counsel regarding REDACTED Markose, Solomon |
| 705929347 | 4/19/2011 | 2:36:46 PM | Mansoor Ahmed | TIME | FCDC | Communication with counsel regarding REDACTED REDACTED |

**D000750** R

| Loan # | Date | Time | User | Code | Category | Description |
|---|---|---|---|---|---|---|
| 705929347 | 4/25/2011 | 5:03:15 PM | Mansoor Ahmed | FCDF | FC | Foreclosure Deed follow up; lester@leu-okuda.com provide me copy of FC DEED for the above loan number |
| 705929347 | 5/3/2011 | 12:01:45 AM | Background Processor | FB55 | FB | Monthly Utilities (Reo) fee assessed. Amount: 22.90 |
| 705929347 | 5/3/2011 | 12:01:45 AM | Background Processor | FB51 | FB | Interior Repairs (Reo) fee assessed. Amount: 237.49 |
| 705929347 | 5/5/2011 | 10:59:19 AM | Arjun Shetty | | fc | REDACTED |
| 705929347 | 5/5/2011 | 3:19:16 PM | Mansoor Ahmed | FCDF | FC | Katrina Wilson [mailto:Katrina@leu-okuda.com] Foreclosure Deed follow up; lester@leu-okuda.com provide me copy of FC DEED for the above loan number |
| 705929347 | 5/6/2011 | 9:58:11 AM | Arjun Shetty | | fc | REDACTED |
| 705929347 | 5/7/2011 | 9:11:39 AM | Kumar Naidu | BRKSEL | Autoc | Broker selection complete.Broker Asgn :100111438 |
| 705929347 | 5/16/2011 | 3:36:59 PM | Jamie Ciavarro | AGINMC | ES | MORTGAGEE CLAUSE LETTER SENT |
| 705929347 | 5/17/2011 | 12:56:32 PM | Arjun Shetty | | fc | From: Michelle Saito [mailto:msaito@cbpacific.com] Sent: Friday, April 22, 2011 1:32 AM To: Shekhawat, BharatSingh Cc: Khan, Naved; Kochar, Vijay Subject: Loan #: 324605021: 91-743 Ihipehu Street, Ewa Beach HI 96706- asset no - 705929347 The local attorney's office of Leu & Okuda, 808-538-1921, says the above referenced property will have to go through re-filing of the foreclosure. I spoke to Katrina and she says it could take 9 months or longer. Please advise how we should proceed and if you will be withdrawing the assignment. I will await further instruction from you. |
| 705929347 | 5/17/2011 | 12:57:07 PM | Arjun Shetty | | fc | From: Katrina Wilson [mailto:Katrina@leu-okuda.com] Sent: Wednesday, May 04, 2011 5:46 PM To: Blye, Angela L; Kochar, Vijay Subject: Re: FW: Loan #: 324605021: 91-743 Ihipehu Street, Ewa Beach HI 96706- asset no - 705929347 REDACTED |
| 705929347 | 5/17/2011 | 12:58:51 PM | Arjun Shetty | | TIME | Foreclosure Initiated |
| 705929347 | 5/17/2011 | 1:02:27 PM | Arjun Shetty | TODO | | DATE OF SALE::Followed up with foreclosure councel for f/c status and/or event.   Spoke with:   Event or Action Which Prompted Follow Up:   Outcome or Update:From: Katrina Wilson mailto:Katrina@leu-okuda.com] Sent: Wednesday, May 04, 2011 5:46 PM To: Blye, Angela L; Kochar, Vijay Subject: Re: FW: Loan #: 324605021: 91-743 Ihipehu Street, Ewa Beach HI 96706- asset no - 705929347 REDACTED |
| 705929347 | 5/18/2011 | 1:07:34 AM | Background Processor | LALR | CL | Loans Assigned to LRC |
| 705929347 | 5/18/2011 | 1:07:34 AM | Background Processor | ALTR2 | CORR | ALT LETTER REQUESTED |
| 705929347 | 5/18/2011 | 2:37:51 AM | Background Processor | DIREQ | LS | Doorknocks Required |
| 705929347 | 5/18/2011 | 4:08:34 PM | Radhika C. M | | | DATE OF SALE :: closing non judicial module as per new HI law and reopening in judicial module |
| 705929347 | 5/18/2011 | 4:08:36 PM | Isabella Dolly Castelino | 30DY | CORR | REQUESTED 30 DAY DEMAND BE SENT |
| 705929347 | 5/18/2011 | 4:08:38 PM | Isabella Dolly Castelino | 30DY | CORR | REQUESTED 30 DAY DEMAND BE SENT     Alternate address |
| 705929347 | 5/18/2011 | 4:09:00 PM | Radhika C. M | | | Foreclosure Initiated |
| 705929347 | 5/18/2011 | 9:28:15 PM | Basavaraj Patil | DIORD | LS | Doorknocks Ordered |
| 705929347 | 5/19/2011 | 12:45:21 AM | Background Processor | LALR | CL | Loans Assigned to LRC |

D000751R