# MINUTE ORDER

CASE NUMBER: Civ. No. 16-00017 ACK-RLP

CASE NAME: <u>Chung v. U.S. Bank, N.A.</u>

ATTYS FOR PLA: John Harris Paer, Bruce F. Sherman, and Mark T. Shklov

ATTYS FOR DEFTS: J. Blaine Rogers and Lori K. Stibb

JUDGE: Alan C. Kay          REPORTER:

DATE: March 21, 2017        TIME:

**COURT ACTION:**

Defendant has provided the Court with a complete copy of the Asset Purchase Agreement, which was Exhibit 1 of Defendants' Separate and Concise Counterstatement of Facts. ECF No. 76. Plaintiff has not had an opportunity to respond to this complete document.

If Plaintiff wishes to respond to the complete document, the Court will accept a memorandum of no more than seven pages by Tuesday, March 28, 2017.

IT IS SO ORDERED. (JUDGE ALAN C. KAY) (tbf)

1